UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LAUREN HIGGINSON,

       Plaintiff,

v.                                             Case No. 1:19-cv-999
                                                       Hon. Ray Kent

COMMISSIONER OF SOCIAL
SECURITY,

       Defendant.
_____/

**JUDGMENT**

In accordance with the Opinion filed this date, the decision of the Commissioner is

**AFFIRMED**.

      **IT IS SO ORDERED**.


Dated:  March 22, 2021                           /s/ Ray Kent
                                                  RAY KENT
                                                  United States Magistrate Judge